IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| Mediterranea di Navigazone SpA, | § | |
| --- | --- | --- |
| | § | CIVIL ACTION _____ |
| Plaintiff, | § | |
| | § | |
| v. | § | IN ADMIRALTY, Rule 9(h) |
| | § | |
| SGR Energy, Inc., et al., | § | |
| | § | |
| Defendants and Garnishees. | § | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Mediterranea di Navigazone SpA states that it is not a publicly traded company and no publicly held corporation owns 10% or more of its stock. No other party has a financial interest in the outcome of this litigation.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Mediterranea di Navigazone SpA*

**OF COUNSEL**
J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:       (410) 510-1789
jssimms@simmsshowers.com

Dated:  September 8, 2021

28570937.1