IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mediterranea di Navigazone SpA, | § | |
| | § | CIVIL ACTION NO.: 21-1276-LPS-SRF |
| Plaintiff, | § | |
| | § | |
| v. | § | IN ADMIRALTY, Rule 9(h) |
| | § | |
| SGR Energy, Inc., et al., | § | |
| | § | |
| Defendants and Garnishees. | § | |

**REQUEST FOR ENTRY OF DEFAULT AGAINST
DEFENDANTS SGR ENERGY, INC. AND SGR ENERGY LLC**

To the Clerk:

Defendants SGR Energy, Inc. and SGR Energy LLC each were served on September 14, 2021 with the summons and complaint [proofs of service, ECF 14, 15].

Garnishee GoDaddy.com, LLC was served on September 10, 2021 with the maritime garnishment writ, complaint and copy of this Court's order issuing the writ [ECF 13].

Federal Supplemental Rule B(3)(b) requires that "[t]he defendant shall serve an answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee." This 30-day period ran on October 20, 2021; per Fed. R. Civ. P. 12(a)(1)(A) the 21 days for defendants to respond to the summons and complaint, extended 30 days by agreement with defendants' counsel from October 5, 2021 to November 8, 2021.

Defendants, by counsel, have further informed plaintiff's counsel that defendants will not timely or otherwise be answering or responding to the complaint.

/

/

28785939.1

Accordingly, pursuant to Fed. R. Civ. P. 55(a), Plaintiff respectfully requests entry of default against defendants SGR Energy, Inc. and SGR Energy LLC.

| Admitted *Pro Hac Vice*: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ J. Stephen Simms*<br>J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Ste. 230<br>Baltimore, Maryland 21030<br>Telephone:    (410) 783-5795<br>Facsimile:    (410) 510-1789<br>jssimms@simmsshowers.com | */s/ Timothy Jay Houseal*<br>Timothy Jay Houseal (Del. Bar ID No. 2880)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6682<br>thouseal@ycst.com |

*Attorneys for Mediterranea di Navigazone SpA*

Dated: November 9, 2021